JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6833
    Facsimile: (415) 436-7234
    Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 09-0081 JSW |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND |
|     v. ) | EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| DAVID GARCIA PADILLA, ) | |
|     Defendant. ) | |

    On February 12, 2009, the parties appeared before the Court for an initial appearance. At that time a further status conference was set for February 26, 2009. Parties request that this matter be continued from February 26, 2009 until March 12, 2009 for a change of plea. Parties also request that the Court exclude all time under the Speedy Trial Act between February 26, 2009 and March 12, 2009, for effective preparation of counsel because counsel must review and analyze discovery documents during this time period. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties and the Court agreed that the ends of justice served by granting such a continuance for effective preparation of counsel outweigh the best interests of the public and the defendant in a

speedy trial.  18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

DATED: February 25, 2009         /s
                              KATHERINE B. DOWLING
                              Assistant United States Attorney

DATED:  February 25, 2009        /s
                              DANIEL BLANK
                              Attorney for Defendant

Failure to grant an exclusion of time for the requested continuance would deny counsel for defendant reasonable time necessary for effective preparation of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  Therefore, the Court finds that exclusion of time from February 25, 2009 to March 12, 2009, is warranted because the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: February 25, 2009                              /s/ Jeffrey S. White
                                          THE HONORABLE JEFFREY S. WHITE
                                          United States District Judge